| | |
|---|---|
| 1 | TRACY L. WILKISON<br>Acting United States Attorney |
| 2 | DAVID M. HARRIS<br>Assistant United States Attorney |
| 3 | Chief, Civil Division |
| 4 | CEDINA M. KIM<br>Assistant United States Attorney |
| 5 | Senior Trial Attorney, Civil Division |
| 6 | MICHAEL K. MARRIOTT, CSBN 280890<br>Special Assistant United States Attorney |
| 7 |     Social Security Administration |
| 8 |     160 Spear Street, Suite 800<br>    San Francisco, CA 94105-1545 |
| 9 |     Telephone: (415) 977-8985 |
| 10 |     Facsimile: (415) 744-0134<br>    Email: Michael.Marriott@ssa.gov |
| 11 | Attorneys for Defendant |

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REYNALDO JOHN CASTRO, | ) | Case No. 5:20-cv-01881-AGR VR |
| | ) | |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] |
| | ) | **JUDGMENT OF REMAND** |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: September 28, 2021

*Alicia G. Rosenberg*

UNITED STATES MAGISTRATE JUDGE